UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:   07-51458 |
| HARTFORD GURNEY RAWLINS | | |
| WANDA DIANE RAWLINS | : | Chapter 13 |
| | : | Judge:   C KATHRYN PRESTON |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  June 10, 2011                                    /s/ Frank M. Pees
                                                        _____
                                                        Frank M. Pees
                                                        Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| 1st American Credit Solutions<br>PO Box 6870<br>Columbus, OH  432050870 | 6.29 |